UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

KEVIN MARK DAVIS           Case No. 10-40111-LMK
                                               Chapter 7
     Debtor.
_____/

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES, PLEADINGS AND ORDERS

TO ALL PARTIES, PLEASE TAKE NOTICE:

The undersigned and the law firm of Ausley & McMullen appear as counsel for CAPITAL CITY BANK pursuant to Rule 9010(b), Federal Rules of Bankruptcy Procedure, and request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon the undersigned attorney at the following address:

James M. Donohue
Ausley & McMullen
123 So Calhoun Street (32301)
Post Office Box 391
Tallahassee, Florida 32302
jdonohue@ausley.com

RESPECTFULLY SUBMITTED this 16th day of February, 2010.

_____
James M. Donohue
Florida Bar No. 0191819
Ausley & McMullen
123 South Calhoun Street (32301)
Post Office Box 391
Tallahassee, FL 32302
(850)224-9115
Facsimile: (850) 222-7560

ATTORNEYS FOR
CAPITAL CITY BANK

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Regular U.S. Mail or electronically as indicated to the following on the date this document was filed with the Court. *Note: For verification of the date of service, please check the docket entry for this document.*

**Via Electronically**
Sherry Chancellor, Trustee
619 West Chase St.
Pensacola, FL  32502
sherry.chancellor@yahoo.com

**Via Electronically**
Thomas B. Woodward
Post Office Box 10058
Tallahassee, FL  32302
woodylaw@embarqmail.com

**Via Electronically**
United States Trustee
110 E. Park Avenue, Ste 128
Tallahassee, FL  32301
ustpregion21.tl.ecf@usdoj.gov

_____
James M. Donohue

h:\jmd\ccb\davis - kevin\pleadings\noa 2010-02-16.doc