FORM ntpoclm (08/07)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re:  Kevin Mark Davis
      SSN/ITIN: xxx–xx–8944
        Debtor

Bankruptcy Case No.:   10–40111–LMK

Chapter:  7
Judge:  Lewis M. Killian Jr.

### *NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS*

***NOTICE IS GIVEN THAT:***

    The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

    Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before ***June 24, 2010*** .

    *Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate*.

    The proof of claim form is included with this notice. It may be filed by regular mail. To receive acknowledgement of your filing, you may either enclose a stamped, self– addressed envelope and a copy of your proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

    There is no fee for filing the proof of claim.

    ***Any creditor who has filed a proof of claim already need not file another proof of claim.***

Dated: March 24, 2010

Service to:
    All creditors and parties in interest

William W. Blevins , Clerk of Court
110 East Park Avenue
Suite 100
Tallahassee, FL 32301