UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                              CASE NO. 10-40111-LMK

    KEVIN MARK DAVIS,                             CHAPTER 7

    Debtor.
_____/

### ORDER GRANTING CREDITOR'S MOTION FOR ENLARGEMENT OF TIME TO FILE REAFFIRMATION AGREEMENT

This matter is before the Court upon the Motion of Creditor, PREMIER BANK ("Creditor"), for an enlargement of time to file a reaffirmation agreement with the Court pursuant to Rule 4008, F.R.B.P.  Upon consideration of the Motion, it is **ORDERED:**

    1.    The Creditor's Motion is GRANTED.

    2.    Creditor shall have 30 days from the date of entry of this Order to file a reaffirmation agreement with the Court.

    3.    The Clerk is directed to hold in abeyance the entry of any discharge in this case until after the foregoing time period enumerated in paragraph two expires.

DATED at Tallahassee, Florida on this 21st day of May, 2010.

_____
LEWIS M. KILLIAN, JR.
UNITED STATES BANKRUPTCY JUDGE

Copies Furnished to:

Mary Linzee Van Leuven, Attorney for Creditor
Post Office Box 4128
Tallahassee, FL 32315-4128

Thomas B. Woodward, Attorney for Debtor
P.O. Box 10058
Tallahassee, FL 32302

Kevin Mark Davis, Debtor
909 Hillcrest Court
Tallahassee, FL 32308

Sherry Chancellor, Trustee
619 W. Chase St.
Pensacola, FL 32502